# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FREDERICK KOEHLER**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-1629

[December 27, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 10-2835 CF 10A.

Frederick Koehler, Miami, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and MAY, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***